JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHA SCOTT, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY,<br><br>　　　　Defendants. | ) CASE NO.: 2:20-cv-05637 MWF (ADSx)<br>)<br>) **ORDER OF DISMISSAL**<br>)<br>) Action filed: June 24, 2020<br>)<br>)<br>)<br>)<br>) |

-2-

## ORDER OF DISMISSAL

Pursuant to the stipulation of Plaintiff Natasha Scott ("Plaintiff") and Defendant Southern California Edison Company ("SCE") under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED that all of Plaintiff's claims against SCE in the above-captioned action, be, and hereby are, dismissed with prejudice, with each of Plaintiff and SCE bearing their own attorneys' fees and costs with respect to the dismissed claims.

DATED:  March 5, 2021

_____
HON. MICHAEL W. FITZGERALD
United States District Court Judge